

<table>
<tr><td>

Katelyn M. Sandoval
Associate
(212) 380-9630

</td><td>

**ATTORNEYS AT LAW**
**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax
212.785.5203
www.carltonfields.com

Atlanta
Hartford
Los Angeles
Miami
**New York**
Short Hills, NJ
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

</td></tr>
</table>

September 10, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

> Application GRANTED IN PART, DENIED IN PART. The Initial Pretrial Conference scheduled for September 23, 2021, at 10:50 a.m. is adjourned to **October 28, 2021, at 10:50 a.m.**
>
> Dated: September 13, 2021
> New York, New York
>
> */s/ Lorna G. Schofield*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Tucker v. C&F Insurance Agency, Inc.*, 1:21-cv-05892-LGS

Dear Judge Schofield,

Carlton Fields represents Defendant C&F Insurance Agency, Inc. ("**Defendant**") in connection with the above-referenced action.

Pursuant to Your Honor's Individual Rules and Procedures, Rule I.B.2, and the Court's order setting the initial conference (Doc. 7), Defendant respectfully moves for an adjournment of the initial conference, which is currently scheduled for September 23, 2021 at 10:50 a.m., to December 10, 2021 or to another time more convenient for the Court.

Defendant seeks this adjournment because the parties are exploring settlement options, and Defendant's answer or response to Plaintiff Henry Tucker's ("**Plaintiff**") Amended Complaint is currently due on October 19, 2021. This adjournment will allow the parties time to properly prepare for and attend the initial conference with the Court.

Defendant has conferred with Plaintiff's counsel, who has consented to this adjournment. This is Defendant's first request for an adjournment of the conference.

Respectfully submitted,

CARLTON FIELDS, P.A.

*/s/ Katelyn M. Sandoval*
Katelyn M. Sandoval

cc: All parties of record via ECF